AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.
Erik Eckert

Defendant

Case No. 2:20cr112

FID-11210522
DEA


RECEIVED UNITED STATES MARSHAL
2020 DEC -4 P 3:19
EASTERN DISTRICT OF VIRGINIA
SEALED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Erik Eckert,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

T.21 USC 841(a)(1) & (b)(1)(E) and 846 - Conspiracy to Distribute and Possess with Intent to Distribute Schedule III Controlled Substances (Count One et al.)

Date: 12/04/2020

*Issuing officer's signature*

City and state: Norfolk, Virginia

Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/4/2020, and the person was arrested on *(date)* 12/6/2020
at *(city and state)* Middle District of FL.

Date: 10/12/21

* Signed For Dea Agent Shawn Miller *
N/FL Arrest
*Arresting officer's signature*

*Printed name and title*